UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

DAMIAN CROSSAN
                                        : Bankruptcy No. 17-11865SR
Debtor(s)             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

_____  8/30/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

FRANKLIN A BENNETT, III
BENNETT & ASSOCIATES LLC
4700-12 CASTOR AVENUE
PHILADELPHIA PA 19124-

DAMIAN CROSSAN
2600 PRESCOTT ROAD
HAVERTOWN,PA.19083