United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11865-sr
Damian Crossan                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi                  Page 1 of 1                   Date Rcvd: Aug 31, 2017
                                Form ID: pdf900              Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Damian Crossan,    2600 Prescott Road,    Havertown, PA 19083-1311
13884267       +Bank of New York Mellon,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
13969905      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13884266        PNC Bank,   3232 Newmark Drive,    Havertown, PA 19083
13922317       +PNC Bank, NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13890041        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:25
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13957205        E-mail/Text: bankruptcy.bnc@ditech.com Sep 01 2017 02:12:56      THE BANK OF NEW YORK MELLON,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
13945319       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2017 02:17:25      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              FRANKLIN A. BENNETT, III    on behalf of Debtor Damian  Crossan frank@bennettlaw.us,
               robert@bennettlaw.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

DAMIAN CROSSAN
                                                        : Bankruptcy No. 17-11865SR
        Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

_____  8/30/17
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

FRANKLIN A BENNETT, III
BENNETT & ASSOCIATES LLC
4700-12 CASTOR AVENUE
PHILADELPHIA PA 19124-

DAMIAN CROSSAN
2600 PRESCOTT ROAD
HAVERTOWN,PA.19083